ALDEN KNISBACHER, SBN 169705
KNISBACHER LAW OFFICES
220 Montgomery Street, Suite 961
San Francisco, CA 94104
415-522-5200
facsimile: 415-522-5201

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER YANKE,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>CITY OF OAKLAND, et al,<br><br>　　　　Defendants. | Case No. C08-04379 EDL<br><br>STIPULATION REGARDING SUBSTITUTION OF COUNSEL, CONTINUATION OF HEARING ON MOTION TO DISMISS AND ORDER [PROPOSED] |

STIPULATION.

Plaintiff, in pro per, has recently retained the services of Knisbacher Law Offices to represent him in this matter.

The undersigned advised counsel for defendant, Joshua Clendenin of Bertrand, Fox and Elliott, about this stipulated substitution.

Mr. Knisbacher has not had a chance to review the file in this case, and, given his prior vacation schedule, will not be able to oppose Defendant's motion to dismiss, which is on calendar for November 11, 2008.

Yanke v. City of Oakland C-08-04379
STIPULATION AND ORDER RE: SUBSTITUTION OF ATTORNEYS,
CONTINUATION OF HEARING ON MOTION TO DISMISS

Page 1

THEREFORE, subject to approval by this Court, it is hereby stipulated by and between Bertrand, Fox & Elliott, plaintiff, in pro per, and the Law Offices of Alden Knisbacher as follows:

Knisbacher Law Offices will substitute as counsel for plaintiff, in pro per.

The hearing on defendant's motion to dismiss will be re-scheduled to December 11, 2008. A corresponding extension is also requested on the parties' initial disclosure obligations.

Dated: October ___, 2008

Bertrand, Fox & Elliot
2749 Hyde St
San Francisco, CA, 94109

By _____
Joshua Clendenin
Attorneys for Defendants City of Oakland, et al.

Dated: October 21, 2008

THE LAW OFFICES OF ALDEN KNISBACHER
ALDEN KNISBACHER # 169705
220 Montgomery Street, Suite 961
San Francisco, CA 94104

By _____
Alden Knisbacher

I consent to the above substitution and continuance.

Dated: October 30, 2008

Christopher Yanke

By _____
Christopher Yanke, an Individual

*Yanke v. City of Oakland C-08-04379*
STIPULATION AND ORDER RE: SUBSTITUTION OF ATTORNEYS, CONTINUATION OF HEARING ON MOTION TO DISMISS

Page 2

## ORDER

Good cause appearing therefore, it is hereby ordered that plaintiff may substitute Knisbacher Law Offices to represent him in this matter. It is further ordered that the hearing on Defendant's motion to dismiss ~~currently on calendar for November 11, 2008~~ is continued to December 16, 2008 at 9:00 a.m._____. The parties' initial disclosure obligations are also hereby continued. The parties are to exchange initial disclosures by December 9, 2008_____.

Plaintiff's opposition to Defendants' Motion to Dismiss shall be filed no later than November 25, 2008. Defendants' reply shall be filed no later than December 2, 2008.

Dated: November 6, 2008

_____
The Honorable Elizabeth D. Laporte

IT IS SO ORDERED
AS MODIFIED
Elizabeth D. Laporte
Judge Elizabeth D. Laporte

*Yanke v. City of Oakland C-08-04379*
STIPLUATION AND ORDER RE: SUBSTITION OF ATTORNEYS,
CONTINUATION OF HEARING ON MOTION TO DISMISS

Page 3