1  Robert T. Lynch, SBN 34716
   Claudia Lozano, SBN 188742
2  LYNCH, GILARDI & GRUMMER
   A Professional Corporation
3  475 Sansome Street, Suite 1800
   San Francisco, CA  94111
4  Telephone:    (415) 397-2800
   Facsimile:    (415) 397-0937
5

6  Attorneys for Defendant
   STEPHEN M. RAFFLE, M.D.
7

8

9                 UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT DISTRICT OF CALIFORNIA

11

12  CHRISTOPHER YANKE,                    Case No.: C-08-04379 EDL

13        Plaintiff(s),                   **STIPULATION AND ORDER TO
                                          CONTINUE DEFENDANTS CITY OF
14        vs.                             OAKLAND, WAYNE TUCKER,
                                          DEBRA TAYLOR JOHNSON AND
15  CITY OF OAKLAND, WAYNE TUCKER,        KENNETH PARRIS' MOTION TO
    DEBRA TAYLOR JOHNSON, KENNETH         DISMISS; TO CONTINUE THE
16  PARRIS, STEPHEN RAFFLE, M.D., AND     INITIAL CASE MANAGEMENT
    DOES 1-10,                            CONFERENCE AND TO CONTINUE
17                                        THE DEADLINE TO EXCHANGE
          Defendant(s).                   INITIAL DISCLOSURES**
18

19                                        Trial Date:    NONE

20

21        Defendant STEPHEN M. RAFFLE, M.D., Defendants CITY OF OAKLAND, WAYNE

22  TUCKER, DEBRA TAYLOR JOHNSON AND KENNETH PARRIS ("CITY

23  DEFENDANTS") and Plaintiff CHRISTOPHER YANKE stipulate, through their respective

24  counsels of record, as follows:

25        1.      To continue the CITY DEFENDANTS' Motion to Dismiss, currently set for

26  hearing on December 16, 2008 to January 13, 2009.

27                                        1

28

Lynch, Gilardi
& Grummer
A Professional
Corporation
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

STIPULATION AND ORDER TO ALLOW DEFENDANT STEPHEN M. RAFFLE, M.D. TO JOIN THE CITY
DEFENDANTS MOTION TO DISMISS PURSUANT TO FRCP 12(b)(6) SET FOR HEARING ON DECEMBER 16, 2008, OR
IN THE ALTERNATIVE TO CONTINUE THE HEARING DATE TO DECEMBER 23, 2008

2.      To continue the Initial Case Management Conference, currently set for December 23, 2008 to January 27, 2009.

3.      To continue the deadline to exchange initial disclosures currently set for December 9, 2008 to January 23, 2009.

4.      Good cause exists for the above requests.  Defendant Dr. RAFFLE was served with this lawsuit, while it was venued in state court, on or about August 19, 2008.  On September 18, 2008, the CITY DEFENDANTS removed the case to federal court.  Dr. RAFFLE was not notified of said removal.  On or about November 6, 2008, this matter was assigned for handling to Robert T. Lynch and Claudia Lozano, attorneys with Lynch, Gilardi & Grummer.  Dr. RAFFLE's attorneys were provided with the Summons and Complaint served on Dr. RAFFLE. They attempted to look up the case on the Alameda Superior Court's website, however, they were informed that it was not available for on-line viewing.  Dr. RAFFLE's attorneys contacted the Court and were informed that the case had been removed to federal court.  Dr. RAFFLE's attorneys immediately went on to the Northern District's website and downloaded all of the information and documents available since the date of the removal.  This is when Dr. RAFFLE's attorneys discovered that a Motion to Dismiss by the CITY DEFENDANTS was pending before the Court.  Dr. RAFFLE's attorneys contacted the attorneys for the CITY DEFENDANTS and the attorney for plaintiff to request that they stipulate to the above requests to provide Dr. RAFFLE's attorneys with an opportunity to get caught up to speed with this case and the proceedings to date.  Dr. RAFFLE will be filing a Motion to Dismiss and anticipates that he will be joining the CITY DEFENDANTS' Motion to Dismiss.

5.      There is no prejudice to the parties or to the Court if an Order is made continuing the CITY DEFENDANTS' Motion to Dismiss to January 13, 2009.  Said Order would afford Dr. RAFFLE an opportunity to file his Motion to Dismiss and have both motions heard together. This Stipulation in no way is a waiver of any rights that the plaintiff has to oppose Dr. RAFFLE's filing of his Motion to Dismiss.

Lynch, Gilardi
& Grummer
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

2

6. The parties have met and conferred and have agreed to the new proposed date for the hearing on defendants' Motions to Dismiss. The parties further agree that continuing the deadline to exchange initial disclosures as well as the date of the Initial Case Management Conference to dates after the hearings on the defendants' motions to dismiss is in the best interest of the parties and makes efficient use of the Court's time and resources.

7. The parties stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

DATED:       November 19, 2008          LYNCH, GILARDI & GRUMMER

                                        By _____
                                           Robert T. Lynch
                                           Claudia Lozano
                                           Attorneys for Defendant
                                           STEPHEN M. RAFFLE, M.D.

DATED:       November 14, 2008          KNISBACHER LAW OFFICES

                                        By: S/Alden Knisbacher
                                            Alden Knisbacher
                                            Attorney for Plaintiff CHRISTOPHER YANKE

DATED:       November __, 2008          BERTRAND, FOX & ELLIOT

                                        By _____
                                           Eugene B. Elliot
                                           Christine Lee
                                           Joshua K. Clendenin
                                           Attorneys for Defendants ,
                                           CITY OF OAKLAND, WAYNE
                                           TUCKER, DEBRA TAYLOR
                                           JOHNSON AND KENNETH PARRIS

Lynch, Gilardi
& Grummer
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

3

6.      The parties have met and conferred and have agreed to the new proposed date for the hearing on defendants' Motions to Dismiss.  The parties further agree that continuing the deadline to exchange initial disclosures as well as the date of the Initial Case Management Conference to dates after the hearings on the defendants' motions to dismiss is in the best interest of the parties and makes efficient use of the Court's time and resources.

7.      The parties stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

DATED:      November ___, 2008          LYNCH, GILARDI & GRUMMER


By      _____
        Robert T. Lynch
        Claudia Lozano
        Attorneys for Defendant
        STEPHEN M. RAFFLE, M.D.


DATED:      November ___, 2008          KNISBACHER LAW OFFICES


By:     _____
        Alden Knisbacher
        Attorney for Plaintiff CHRISTOPHER YANKE


DATED:      November 14, 2008           BERTRAND, FOX & ELLIOT


By      *Christine Lee*
        _____
        Eugene B. Elliot
        Christine Lee
        Joshua K. Clendenin
        Attorneys for Defendants ,
        CITY OF OAKLAND, WAYNE
        TUCKER, DEBRA TAYLOR
        JOHNSON AND KENNETH PARRIS

3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## ORDER

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the CITY DEFENDANTS' Motion to Dismiss set for hearing on December 16, 2008 to January 13, 2009 is GRANTED.  Dr. RAFFLE will file his Motion to Dismiss to be heard on the same date as that of the CITY DEFENDANTS.   The hearing is set for 2:00 PM.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to exchange initial disclosures from December 9, 2008 to January 23, 2009 is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the Initial Case Management Conference from December 23, 2008 to January 27, 2009 is GRANTED.
 The Case Management Conference will be at 3:00 PM.

DATED:_ 12/3/08 _____

\\Sfdata\Conversion\0086-0529\P\184923.doc

_____
THE HONORABLE ELIZABETH D. LAPORTE



IT IS SO ORDERED
AS MODIFIED

Judge Elizabeth D. Laporte

Lynch, Gilardi
& Grummer
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

4