Robert T. Lynch, SBN 34716
Claudia Lozano, SBN 188742
LYNCH, GILARDI & GRUMMER
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone:   (415) 397-2800
Facsimile:   (415) 397-0937

Attorneys for Defendant
STEPHEN M. RAFFLE, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER YANKE,<br><br>　　　　　Plaintiff(s),<br><br>vs.<br><br>CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON, KENNETH PARRIS, STEPHEN RAFFLE, M.D., AND DOES 1-10,<br><br>　　　　　Defendant(s). | Case No.: C-08-04379 EDL<br><br>**SECOND STIPULATION AND ORDER TO CONTINUE ALL DEFENDANTS' MOTIONS TO DISMISS; TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES**<br><br>Trial Date:   NONE |

Defendant STEPHEN M. RAFFLE, M.D., Defendants CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON AND KENNETH PARRIS ("CITY DEFENDANTS") and Plaintiff CHRISTOPHER YANKE stipulate, through their respective counsels of record, as follows:

    1.    To continue defendants' Motions to Dismiss, currently set for hearing on January 23, 2009 at 2:00 p.m. to January 27, 2009 at 9:00 a.m.

1

2.    To continue the Initial Case Management Conference, currently set for January 27, 2009 at 3:00 p.m. to February 10, 2009 at 3:00 p.m.

3.    To continue the deadline to exchange initial disclosures currently set for January 23, 2009 to February 10, 2009.

4.    Good cause exists for the above requests. Defendants previously stipulated and the Court ordered continuances of the CITY DEFENDANTS' Motion to Dismiss to January 13, 2009, a continuance of the deadline to submit initial disclosures to January 23, 2008 and a continuance of the Initial Case Management Conference to January 27, 2009 at 3:00 p.m. It appears that the January 13, 2009 hearing date was inadvertently mis-entered into the Court's docket as January 23, 2009 at 2:00 p.m.

5.    On December 19, 2008, counsel for defendant Dr. RAFFLE, file his Motion to Dismiss and Strike, 35 days prior to the January 23, 2009 hearing date. The Court clerks contacted counsel for Dr. RAFFLE to inform her of the error in entering the hearing date. The Court Clerk requested that the parties stipulate to having defendants' motions to dismiss heard on the same date and time as the Case Management Conference on January 27, 2009.

6.    The parties disagree to continue the hearing dates on defendants' motions to dismiss to January 27, 2009. However, having the Case Management Conference and deadline to complete initial disclosures prior to or at the same time as the defendants' motions to dismiss which may resolve most or all of the issues raised by plaintiff's Complaint is not efficient and may be a waste of the Court's time and resources. The parties agree that it in the interest of judicial economy it make sense to have the hearing on defendants' motions to dimiss on January 27, 2009 at 9:00 a.m. and the Initial Case Management Conference and deadline to complete initial disclosures on February 10, 2009. [The parties were informed that the Court could not hold the Case Management Conference on February 3, 2009.]

7.    There is no prejudice to the parties or to the Court if an Order is made continuing the hearing on defendants' Motions to Dismiss to January 27, 2009 at 9:00 a.m. The parties have met and conferred and have agreed to the new proposed date for the hearing on defendants'

Lynch, Gilardi & Grummer
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

2

met and conferred and have agreed to the new proposed date for the hearing on defendants' Motions to Dismiss. The parties further agree that continuing the deadline to exchange initial disclosures as well as the date of the Initial Case Management Conference to a date after the hearings on the defendants' motions to dismiss is in the best interest of the parties and makes efficient use of the Court's time and resources.

8.  The parties stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

DATED: December 30, 2008        LYNCH, GILARDI & GRUMMER

                                By _____
                                   Robert T. Lynch
                                   Claudia Lozano
                                   Attorneys for Defendant
                                   STEPHEN M. RAFFLE, M.D.

DATED: December 30, 2008        KNISBACHER LAW OFFICES

                                By: _____
                                    Alden Knisbacher
                                    Attorney for Plaintiff CHRISTOPHER YANKE

DATED: December __, 2008        BERTRAND, FOX & ELLIOT

                                By _____
                                   Eugene B. Elliot
                                   Christine Lee
                                   Joshua K. Clendenin
                                   Attorneys for Defendants,
                                   CITY OF OAKLAND, WAYNE
                                   TUCKER, DEBRA TAYLOR
                                   JOHNSON AND KENNETH PARRIS

3

SECOND STIPULATION AND ORDER TO CONTINUE ALL DEFENDANTS' MOTIONS TO DISMISS; TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES

met and conferred and have agreed to the new proposed date for the hearing on defendants' Motions to Dismiss. The parties further agree that continuing the deadline to exchange initial disclosures as well as the date of the Initial Case Management Conference to a date after the hearings on the defendants' motions to dismiss is in the best interest of the parties and makes efficient use of the Court's time and resources.

8. The parties stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

DATED: December __, 2008            LYNCH, GILARDI & GRUMMER

                                    By _____
                                    Robert T. Lynch
                                    Claudia Lozano
                                    Attorneys for Defendant
                                    STEPHEN M. RAFFLE, M.D.


DATED: December __, 2008            KNISBACHER LAW OFFICES

                                    By: _____
                                    Alden Knisbacher
                                    Attorney for Plaintiff CHRISTOPHER YANKE


DATED: December 23, 2008            BERTRAND, FOX & ELLIOT

                                    By _____
                                    Eugene B. Elliot
                                    Christine Lee
                                    Joshua K. Clendenin
                                    Attorneys for Defendants,
                                    CITY OF OAKLAND, WAYNE
                                    TUCKER, DEBRA TAYLOR
                                    JOHNSON AND KENNETH PARRIS

3

SECOND STIPULATION AND ORDER TO CONTINUE ALL DEFENDANTS' MOTIONS TO DISMISS; TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the defendants' Motions to Dismiss set for hearing on January 23, 2009 to January 27, 2009 at 9:00 a.m. is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to exchange initial disclosures from January 23, 2009 to February 10, 2009 is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the Initial Case Management Conference from January 27, 2009 to February 10, 2009 at 3:00 p.m. is GRANTED.

DATED:_____

_____
THE HONORABLE ELIZABETH D. LAPORTE

\\Sfdata\Conversion\0086-0529\P\185812.doc

4

SECOND STIPULATION AND ORDER TO CONTINUE ALL DEFENDANTS' MOTIONS TO DISMISS; TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO CONTINUE THE DEADLINE TO EXCHANGE  INITIAL DISCLOSURES

Lynch, Gilardi
& Grummer
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

## ORDER

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the defendants' Motions to Dismiss set for hearing on January 23, 2009 to January 27, 2009 at 9:00 a.m. is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to exchange initial disclosures from January 23, 2009 to February 10, 2009 is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the Initial Case Management Conference from January 27, 2009 to February 10, 2009 at 3:00 p.m. is GRANTED.

DATED: January 5, 2009

THE HONORABLE ELIZABETH D. LAPORTE

*IT IS SO ORDERED*
*Judge Elizabeth D. Laporte*

\\Sfdata\Conversion\0086-0529\P\185810.doc

5

SECOND STIPULATION AND ORDER TO CONTINUE ALL DEFENDANTS' MOTIONS TO DISMISS; TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES