IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

CHRISTOPHER YANKE,

    Plaintiff,

v.

CITY OF OAKLAND, et al.,

    Defendants.
    /

No. C-08-04379 EDL

**ORDER SETTING BRIEFING SCHEDULE AND GRANTING BRIEF EXTENSION**

On January 15, 2009 at approximately 1:30 p.m., Defendants filed a request for extension of the January 16, 2009 deadline to respond to Plaintiffs' amended complaint. Plaintiff's counsel has informed the Court that he will respond to Defendants' request no later than 8:30 a.m. on January 16, 2009. Because the Court will not be able to rule on Defendant's request prior to the January 16, 2009 deadline, the Court grants a short extension of Defendants' time to respond to January 20, 2009. The Court will more fully address Defendants' request upon receiving Plaintiff's opposition, which shall be filed no later than January 16, 2009 at 8:30 a.m.

**IT IS SO ORDERED.**

Dated: January 15, 2009

                                              ELIZABETH D. LAPORTE
                                              United States Magistrate Judge