1  Robert T. Lynch, SBN 34716
   Claudia Lozano, SBN 188742
2  LYNCH, GILARDI & GRUMMER
   A Professional Corporation
3  475 Sansome Street, Suite 1800
   San Francisco, CA 94111
4  Telephone:   (415) 397-2800
   Facsimile:    (415) 397-0937
5

6  Attorneys for Defendant
   STEPHEN M. RAFFLE, M.D.
7

8

9              UNITED STATES DISTRICT COURT

10            NORTHERN DISTRICT DISTRICT OF CALIFORNIA

11

12 CHRISTOPHER YANKE,                          Case No.: C-08-04379 EDL

13           Plaintiff(s),                     STIPULATION AND ORDER
                                               SETTING DEFENDANTS' MOTIONS
14      vs.                                    TO DISMISS; TO CONTINUE THE
                                               INITIAL CASE MANAGEMENT
15 CITY OF OAKLAND, WAYNE TUCKER,              CONFERENCE AND TO CONTINUE
   DEBRA TAYLOR JOHNSON, KENNETH               THE DEADLINE TO EXCHANGE
16 PARRIS, STEPHEN RAFFLE, M.D., AND           INITIAL DISCLOSURES
   DOES 1-10,                                   AS MODIFIED
17
           Defendant(s).                       Trial Date:   NONE
18

19

20     Defendant STEPHEN M. RAFFLE, M.D., Defendants CITY OF OAKLAND, WAYNE

21 TUCKER, DEBRA TAYLOR JOHNSON AND KENNETH PARRIS ("CITY

22 DEFENDANTS") and Plaintiff CHRISTOPHER YANKE in light of the filing of plaintiff's First

23 Amended Complaint and defendants' response deadline on January 30, 2009, stipulate, through

24 their respective counsels of record, as follows:

25     1.     To set defendants' Motions to Dismiss the First Amended Complaint for hearing

26 on March 10, 2009 at 9:00 a.m.

27

28                                        1

STIPULATION AND ORDER SETTING DEFENDANTS' MOTIONS TO DISMISS; TO CONTINUE THE INITIAL CASE
   MANAGEMENT CONFERENCE AND TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES

2.   To continue the Initial Case Management Conference, currently set for February 10, 2009 at 3:00 p.m. to March 24, 2009 at 3:00 p.m.

3.   To continue the deadline to exchange initial disclosures currently set for February 10, 2009 to March 24, 2009.

4.   Good cause exists for the above requests. Defendants previously stipulated and the Court ordered continuances of defendants' Motions to Dismiss the Complaint to January 27, 2009, a continuance of the deadline to submit initial disclosures to February 10, 2009 and a continuance of the Initial Case Management Conference to February 10, 2009 at 3:00 p.m.

5.   On January 6, 2009, plaintiff filed a First Amended Complaint. On January 16, 2009, pursuant to defendants' motion for an extension of time to respond, Judge LaPorte ordered that the deadline to respond to plaintiff's First Amended Complaint would be January 30, 2009.

6.   The parties agree to set the defendants' motions to dismiss the First Amended Complaint for hearing on March 10, 2009. However, having the Initial Case Management Conference and deadline to complete initial disclosures prior to the defendants' motions to dismiss, which may resolve most or all of the issues raised by plaintiff's First Amended Complaint is not efficient and may be a waste of the Court's time and resources. The parties agree that it in the interest of judicial economy it make sense to have the Initial Case Management Conference and deadline to complete initial disclosures continued from February 10, 2009 to March 24, 2009, two weeks following the date of the hearing on defendants' motions to dismiss.

7.   Setting the hearing date on defendants' motions to dismiss the First Amended Complaint complies with the Court's 35-day notice requirement assuming a filing date of January 30, 2009. In addition, there is no prejudice to the parties or to the Court if an Order is made continuing the deadline to exchange initial disclosures as well as the date of the Initial Case Management Conference to March 24, 2009, two weeks following the date of the hearings on the defendants' motions to dismiss. The parties agree that it is in the best interest of the parties and makes efficient use of the Court's time and resources.

Lynch, Gilardi & Grummer
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

2

STIPULATION AND ORDER SETTING DEFENDANTS' MOTIONS TO DISMISS; TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES

8. The parties further request that the Court continue any and all deadlines, including deadlines to meet and confer regarding ADR and initial disclosures to a date commensurate with the new date for the Initial Case Management Conference.

9. The parties stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

DATED:    January 23, 2009         LYNCH, GILARDI & GRUMMER

By   /s/
    Robert T. Lynch
    Claudia Lozano
    Attorneys for Defendant
    STEPHEN M. RAFFLE, M.D.

DATED:    January 23, 2009         KNISBACHER LAW OFFICES

By:   /s/
    Alden Knisbacher
    Attorney for Plaintiff CHRISTOPHER YANKE

DATED:    January 22, 2009         BERTRAND, FOX & ELLIOT

By   /s/
    Eugene B. Elliot
    Christine Lee
    Joshua K. Clendenin
    Attorneys for Defendants,
    CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON AND KENNETH PARRIS

Lynch, Gilardi & Grummer
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

3

STIPULATION AND ORDER SETTING DEFENDANTS' MOTIONS TO DISMISS; TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the stipulation to set the defendants' Motions to Dismiss the First Amended Complaint for hearing on March 10, 2009 at 9:00 a.m. is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to exchange initial disclosures from February 10, 2009 to March 24, 2009 is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the Initial Case Management Conference from February 10, 2009 at 3:00 p.m. to March 24, 2009 at ~~3:00 p.m.~~ 10:00 a.m. is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue all deadlines, including deadlines to meet and confer re: ADR and initial disclosures to a date commensurate with the new date for the Initial Case Management Conference is GRANTED. These deadlines are now set for March 3, 2009.

DATED: January 26, 2009

THE HONORABLE ELIZABETH D. LAPORTE

*IT IS SO ORDERED AS MODIFIED*
*[signature] Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

\\Sfdata\Conversion\0086-0529\P\186314.doc

Lynch, Gilardi & Grummer
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

4

STIPULATION AND ORDER SETTING DEFENDANTS' MOTIONS TO DISMISS; TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES