Robert T. Lynch, SBN 34716
Claudia Lozano, SBN 188742
LYNCH, GILARDI & GRUMMER
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone:   (415) 397-2800
Facsimile:    (415) 397-0937

Attorneys for Defendant
STEPHEN M. RAFFLE, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER YANKE,<br><br>              Plaintiff(s),<br><br>       vs.<br><br>CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON, KENNETH PARRIS, STEPHEN RAFFLE, M.D., AND DOES 1-10,<br><br>              Defendant(s). | Case No.: C-08-04379 EDL<br><br>**STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES** AS MODIFIED<br><br>Trial Date:   NONE |

Defendant STEPHEN M. RAFFLE, M.D., Defendants CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON AND KENNETH PARRIS ("CITY DEFENDANTS") and Plaintiff CHRISTOPHER YANKE in light of the Judge La Porte's ruling granting defendants' motions to dismiss with leave to amend, stipulate, through their respective counsels of record, as follows:

1.      To give plaintiff 20 days leave to amend commencing from the date on which the Court signs the Proposed Order.

2.      To give defendants 20 days to respond to the Second Amended Complaint.

1

3.      To vacate the Initial Case Management Conference, currently set for March 24, 2009 at 3:00 p.m. and re-set it to a date in late June 2009, which will provide the parties adequate time to finalize the pleadings.

4.      To continue the deadline to exchange initial disclosures currently set for March 24, 2009 to the same date on which the Initial Case Management Conference is scheduled.

5.      Good cause exists for the above requests. The parties have diligently cooperated and coordinated efforts in preparing an agreed upon order to reflect Judge LaPorte's rulings on defendants' motions to dismiss. However, with the numer of issues remaining before the pleadings can be finalized there will likely be another round of motions to dismiss that will be set for hearing in early June 2009.

6.      In light of the early June 2009 anticipated hearing date for defendants' motions to dismiss, having the Initial Case Management Conference and deadline to complete initial disclosures prior to the defendants' motions to dismiss, which may resolve most or all of the issues raised by plaintiff's Second Amended Complaint is not efficient and may be a waste of the Court's time and resources. The parties agree that it in the interest of judicial economy it makes sense to have the Initial Case Management Conference and deadline to complete initial disclosures continued to a date in late June 2009, following the anticipated early June 2009 date of the hearing on defendants' motions to dismiss.

7.      The parties agree to the above time-line. In addition, there is no prejudice to the parties or to the Court if an Order is made continuing the deadline to exchange initial disclosures as well as the date of the Initial Case Management Conference to a date in late June 2009, following the anticiapted date of the hearings on the defendants' motions to dismiss. The parties agree that it is in the best interest of the parties and makes efficient use of the Court's time and resources.

8.      The parties further request that the Court continue any and all deadlines, including deadlines regarding ADR and initial disclosures to a date commensurate with the new date for the Initial Case Management Conference.

Lynch, Gilardi & Grummer
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

2

STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES

9. The parties stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

DATED:    March 20, 2009          LYNCH, GILARDI & GRUMMER


By    /s/
      Robert T. Lynch
      Claudia Lozano
      Attorneys for Defendant
      STEPHEN M. RAFFLE, M.D.


DATED:    March 20, 2009          KNISBACHER LAW OFFICES


By    /s/
      Alden Knisbacher
      Attorneys for Plaintiff
      CHRISTOPHER YANKE


DATED:    March 20, 2009          BERTRAND, FOX & ELLIOT


By    /s/
      Eugene B. Elliot
      Christine Lee
      Joshua K. Clendenin
      Attorneys for Defendants ,
      CITY OF OAKLAND, WAYNE
      TUCKER, DEBRA TAYLOR
      JOHNSON AND KENNETH PARRIS

Lynch, Gilardi
& Grummer
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

3

STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES

**ORDER**

1    GOOD CAUSE APPEARING THEREFORE, the stipulation to vacate the Initial Case Management Conference currently set for March 24, 2009 at 3:00 p.m. is GRANTED.  ~~A new date will be scheduled in late June 2009.~~ The Initial Case Management Conference is scheduled for June 30, 2009 at 10:00 a.m. Joint statement due June 23, 2009.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to exchange initial disclosures from March 24, 2009 to ~~the date on which the Court scheduled the Initial Case Management Conference~~ June 30, 2009 is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue all deadlines, including deadlines regarding ADR and initial disclosures to a date commensurate with the new date for the Initial Case Management Conference is GRANTED.

DATED: March 23, 2009

_____
THE HONORABLE ELIZABETH D. LAPORTE

IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte

\\Sfdata\Conversion\0086-0529\P\187567.doc

Lynch, Gilardi & Grummer
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

4

STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES