John Russo, City Attorney, State Bar No. 129729
Vicki A. Laden, Supervising Deputy City Attorney, State Bar No. 130147
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA  94612
Telephone:  (510) 238-3601
Facsimile:  (510) 238-6500

Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
Joshua K. Clendenin, State Bar No. 245564
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:   (415) 353-0999
Facsimile:    (415) 353-0990

Attorneys for Defendants
CITY OF OAKLAND, WAYNE TUCKER
DEBRA TAYLOR JOHNSON and KENNETH PARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER YANKE,<br><br>             Plaintiff,<br>    vs.<br><br>CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON; KENNETH PARRIS, STEPHEN RAFFLE, M.D., and DOES 1- 10,<br><br>             Defendants. | Case No.:  C08-04379 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER ALLOWING THIRD AMENDED COMPLAINT FOR FILING ON APRIL 24, 2009** |

The parties, acting by and through their respective legal counsel, hereby stipulate to allow plaintiff to file a Third Amended Complaint with additional causes of action under California's Fair Employment and Housing Act for (1) disability discrimination; (2) failure to engage in the good faith interactive process; and (3) impermissible non-job related inquiry.

Plaintiff will file his complaint by Friday, April 24, 2009.  Defendants City of Oakland, Wayne Tucker, Debra Taylor Johnson, Kenneth Parris and Stephen Raffle, M.D. will file a

1  responsive pleading ten (10) days after this order is signed.
2       The parties agree that good cause exists for the above in the interests of judicial economy and
3  to conserve the parties' resources.
4  SO STIPULATED.

6  Dated:  April 21, 2009                    BERTRAND, FOX & ELLIOT

8                                      By:          /s/
                                           Eugene B. Elliot
9                                          Christine Lee
10                                         Attorneys for Defendants CITY OF OAKLAND,
                                           WAYNE TUCKER, DEBRA TAYLOR JOHNSON and
11                                         KENNETH PARRIS

13  Dated: April 21, 2009                   LYNCH, GILARDI & GRUMMER

15                                      By:          /s/
                                           Robert T. Lynch
16                                         Claudia Lozano
                                           Attorneys for Defendant
17                                         STEPHEN M. RAFFLE, M.D.

18  Dated:  April 21, 2009                  THE LAW OFFICES OF ALDEN KNISBACHER

20                                      By:          /s/
                                           Alden Knisbacher
21                                         Attorney for plaintiff CHRISTOPHER YANKE

23                              ATTORNEY ATTESTATION
24       I hereby attest that I have on file all holograph signatures for any signatures indicated by a
25  "conformed" signature (/s/) within this E-filed document.

27  Dated:  April 21, 2009                           /s/
                                           Christine Lee

2

## **ORDER**

Good cause appearing therefore, it is hereby ordered that plaintiff may file a Third Amended Complaint with additional causes of action under California's Fair Employment and Housing Act by Friday, April 24, 2009.

Defendants will file a responsive pleading within 10 days of this order.

Dated: ___ April 23, 2009 ____              _____
                                            The Honorable Elizabeth D. Laporte

