Robert T. Lynch, SBN 34716
Claudia Lozano, SBN 188742
LYNCH, GILARDI & GRUMMER
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone: (415) 397-2800
Facsimile: (415) 397-0937

Attorneys for Defendant
STEPHEN M. RAFFLE, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER YANKE,<br><br>        Plaintiff(s),<br><br>vs.<br><br>CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON, KENNETH PARRIS, STEPHEN RAFFLE, M.D., AND DOES 1-10,<br><br>        Defendant(s). | Case No.: C-08-04379 EDL<br><br>**STIPULATION AND ORDER TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES TO JULY 28, 2009, THE NEW DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Trial Date: NONE |

Defendant STEPHEN M. RAFFLE, M.D., Defendants CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON AND KENNETH PARRIS ("CITY DEFENDANTS") and Plaintiff CHRISTOPHER YANKE in light of Judge La Porte's continuance of the Initial Case Management Conference to July 28, 2009, stipulate, through their respective counsels of record, as follows:

    1. To continue the deadline to exchange initial disclosures currently set for July 1, 2009 to July 28, 2009, the same date on which the Initial Case Management Conference was continued to.

1

STIPULATION AND ORDER TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES
TO JULY 28, 2009, THE NEW DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE

2. Good cause exists for the above request. On June 24, 2009 at the hearing on defendants' motions to dismiss the third amended complaint, Judge LaPorte ordered supplemental briefing and took the matter under submission. At the parties' request, Judge LaPorte continued the Initial Case Management Conference to July 28, 2009 since it made sense to have said Conference following her ruling on defendants' motions to dismiss. The parties, however, omitted to request that the deadline to complete initial disclosures also be continued to the date of the Conference. Having the deadline to complete initial disclosures prior to Judge LaPorte's ruling on defendants' motions to dismiss, which may resolve most or all of the issues raised by plaintiff's Third Amended Complaint is not efficient and may be a waste of the Court's time and resources. The parties agree that it in the interest of judicial economy it makes sense to have the deadline to complete initial disclosures continued to July 28, 2009, the date of the Initial Case Management Conference.

3. The parties agree to the above time-line. In addition, there is no prejudice to the parties or to the Court if an Order is made continuing the deadline to exchange initial disclosures to the same date as the date of the Initial Case Management Conference. The parties agree that it is in the best interest of the parties and makes efficient use of the Court's time and resources.

4. The parties stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

Lynch, Gilardi
& Grummer
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

2

STIPULATION AND ORDER TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES
TO JULY 28, 2009, THE NEW DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE

DATED: June 30, 2009    LYNCH, GILARDI & GRUMMER

By /s/
Robert T. Lynch
Claudia Lozano
Attorneys for Defendant
STEPHEN M. RAFFLE, M.D.

DATED: June 30, 2009    KNISBACHER LAW OFFICES

By /s/
Alden Knisbacher
Attorneys for Plaintiff
CHRISTOPHER YANKE

DATED: June 30, 2009    BERTRAND, FOX & ELLIOT

By /s/
Eugene B. Elliot
Christine Lee
Joshua K. Clendenin
Attorneys for Defendants,
CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON AND KENNETH PARRIS

3

STIPULATION AND ORDER TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES TO JULY 28, 2009, THE NEW DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to exchange initial disclosures from July 1, 2009 to July 28, 2009, the date of the Initial Case Management Conference is GRANTED.

DATED: July 1, 2009



THE HONORABLE ELIZABETH D. LAPORTE
Judge Elizabeth D. Laporte

IT IS SO ORDERED

\\Sfdata\Conversion\0086-0529\P\190010.doc

Lynch, Gilardi
& Grummer
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

4

STIPULATION AND ORDER TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES TO JULY 28, 2009, THE NEW DATE OF THE INITIAL CASE MANAGEMENT CONFERENCE