Robert T. Lynch, SBN 34716
Claudia Lozano, SBN 188742
LYNCH, GILARDI & GRUMMER
A Professional Corporation
475 Sansome Street, Suite 1800
San Francisco, CA 94111
Telephone:   (415) 397-2800
Facsimile:    (415) 397-0937

Attorneys for Defendant
STEPHEN M. RAFFLE, M.D.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER YANKE,<br><br>　　　　　Plaintiff(s),<br><br>　　vs.<br><br>CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON, KENNETH PARRIS, STEPHEN RAFFLE, M.D., AND DOES 1-10,<br><br>　　　　　Defendant(s). | Case No.: C-08-04379 EDL<br><br>**STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE, TO CONTINUE THE DEADLINE TO EXCHANGE  INITIAL DISCLOSURES AND TO CONTINUE THE ADR CONFERENCE**<br><br>Trial Date:    NONE |

　　　Defendant STEPHEN M. RAFFLE, M.D., Defendants CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON AND KENNETH PARRIS ("CITY DEFENDANTS") and Plaintiff CHRISTOPHER YANKE, stipulate, through their respective counsels of record, as follows:

　　　1.　　To continue the Initial Case Management Conference, currently set for September 1, 2009 at 10:00 a.m. to September 22, 2009 at 10:00 a.m.

　　　2.　　To continue the deadline to exchange initial disclosures to September 22, 2009.

1

Lynch, Gilardi & Grummer
A Professional Corporation
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

3.      To continue the ADR Conference currently set for August 12, 2009 at 10:30 a.m. to September 8, 2009 at 10:30 a.m.

4.      Good cause exists for the above requests. On August 10, 2009, the Court continued the Case Management Conference from August 18, 2009 to September 1, 2009, to provide the Court with additional time to rule on defendants Motions to Dismiss the Third Amended Complaint, heard on June 26, 2009 with additional supplemental briefing filed on June 30, 2009.

5.      As soon as counsel received notice of the continued Conference to September 1, 2009, all counsel notified one another of existing conflicts which would prevent attendance on September 1st and on the following two Tuesdays, September 8th and 15th, 2009. The parties agree to continue the Case Management Conference to September 22, 2009 at 10:00 a.m. so that all counsel may attend.

6.      Having the deadline to complete initial disclosures prior to a ruling from the Court on defendants' motions to dismiss, which may resolve most or all of the issues raised by plaintiff's Third Amended Complaint is not efficient and may be a waste of the Court's time and resources. The parties agree that it in the interest of judicial economy it makes sense to continue the deadline to complete initial disclosures to September 22, 2009, the date on which the parties agree to continue the Case Management Conference to.

7.      The parties further request that the Court continue the ADR Telephone Conference to September 8, 2009, a date which is commensurate with the new date of the Initial Case Management Conference.

8.      The parties stipulate that a copy of a signature transmitted by any electronic means including, but not limited to, facsimile machine and scanned document transmitted via e-mail will have the same force and effect as an original signature.

Lynch, Gilardi
& Grummer
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

2

STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE, TO CONTINUE
THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES AND TO CONTINUE THE ADR CONFERENCE

| | | |
|---|---|---|
| DATED: | August 10, 2009 | LYNCH, GILARDI & GRUMMER |

By   /s/_____
    Robert T. Lynch
    Claudia Lozano
    Attorneys for Defendant
    STEPHEN M. RAFFLE, M.D.

| | | |
|---|---|---|
| DATED: | August 10, 2009 | KNISBACHER LAW OFFICES |

By:   ___/s/_____
    Alden Knisbacher
    Attorney for Plaintiff CHRISTOPHER YANKE

| | | |
|---|---|---|
| DATED: | August 10, 2009 | BERTRAND, FOX & ELLIOT |

By   /s/_____
    Eugene B. Elliot
    Christine Lee
    Michael Wenzel
    Attorneys for Defendants,
    CITY OF OAKLAND, WAYNE
    TUCKER, DEBRA TAYLOR
    JOHNSON AND KENNETH PARRIS

Lynch, Gilardi
& Grummer
475 Sansome Street
Suite 1800
San Francisco, CA
94111
Ph (415) 397-2800
Fax (415) 397-0937

3

STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE, TO CONTINUE
THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES AND TO CONTINUE THE ADR CONFERENCE

**ORDER**

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the Initial Case Management Conference from September 1, 2009 at 10:00 a.m. to September 22, 2009 at 10:00 a.m. is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the deadline to exchange initial disclosures to September 22, 2009 is GRANTED.

GOOD CAUSE APPEARING THEREFORE, the stipulation to continue the ADR Conference to September 8, 2009 at 10:30 a.m., a date commensurate with the new date for the Initial Case Management Conference is GRANTED.

DATED: August 12, 2009

THE HONORABLE ELIZABETH D. LAPORTE

IT IS SO ORDERED
Judge Elizabeth D. Laporte

\\Sfdata\Conversion\0086-0529\P\190968.doc

Lynch, Gilardi & Grummer
475 Sansome Street
Suite 1800
San Francisco, CA 94111
Ph (415) 397-2800
Fax (415) 397-0937

4

STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE, TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES AND TO CONTINUE THE ADR CONFERENCE