John Russo, City Attorney, State Bar No. 129729
Vicki A. Laden, Supervising Deputy City Attorney, State Bar No. 130147
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA 94612
Telephone: (510) 238-3601
Facsimile: (510) 238-6500

Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
Joshua K. Clendenin, State Bar No. 245564
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990

Attorneys for Defendants
CITY OF OAKLAND, WAYNE TUCKER
DEBRA TAYLOR JOHNSON and KENNETH PARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER YANKE, | Case No.: C08-04379 EDL |
| Plaintiff, | **STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINE TO EXCHANGE INITIAL DISCLOSURES TO JANUARY 19, 2010** |
| vs. | |
| CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON; KENNETH PARRIS, STEPHEN RAFFLE, M.D., and DOES 1- 10, | AS MODIFIED |
| Defendants. | |

Defendant CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON and KENNETH PARRIS ("CITY DEFENDANTS") and Plaintiff CHRISTOPHER YANKE, in light of this Court's Order dated August 20, 2009, hereby stipulate, through their respective counsels of record, as follows:

1. That the Case Management Conference in this matter be continued from November 17, 2009 to January 19, 2010 at ~~10: a.m.~~ 3:00 p.m., that a joint Case Management Conference statement be filed

1  no later than January 12, 2010, and that the deadline to exchange initial disclosures is continued until
2  January 19, 2010.
3     2. Good cause exists for the above request. On August 20, 2009 this Court issued an order granting defendant Raffle's motion to dismiss and staying the action as to City defendants based on the pendency of related state court proceedings. In that Order, the Court indicated that if the state court action was not concluded by that date, the parties could seek a continuance of the November 17, 2009 Case Management Conference. The California Court of Appeal heard oral argument on the state court action on October 28, 2009, and no opinion has been issued.

    3. The parties agree to the above timeline. In addition, there is no prejudice to the parties or to the Court if an Order is issued continuing the deadline to exchange initial disclosures to the same date as the date of the Initial Case Management Conference.

    4. The parties stipulate that a copy of a signature transmitted by any electronic means, including but not limited to facsimile machine and scanned document transmitted via email will have the same force and effect as an original signature.

SO STIPULATED.

Dated: November 12, 2009

| LAW OFFICES OF ALDEN KNISBACHER | BERTRAND, FOX & ELLIOT |
|---|---|
| By: /s/ Alden Knishbacher<br>Alden Knisbacher<br>Attorney for Plaintiff Christopher Yanke | By: /s/ Michael C. Wenzel<br>Eugene B. Elliot<br>Michael C. Wenzel<br>Attorneys for Defendants CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON and KENNETH PARRIS |

IT IS SO ORDERED: AS MODIFIED

Dated: November 12, 2009

_____
United States ~~District Court~~ Magistrate Judge

[signature: Elizabeth D. Laporte]

STIPULATION AND ORDER TO CONTINUE THE INITIAL CASE MANAGEMENT CONFERENCE AND DEADLINE TO EXCHANGE INITIAL DISCLOSURES TO JANUARY 19, 2010     C08-04379 EDL     2