John Russo, City Attorney, State Bar No. 129729
Vicki A. Laden, Supervising Deputy City Attorney, State Bar No. 130147
Office of the City Attorney
One Frank H. Ogawa Plaza, 6th Floor
Oakland CA  94612
Telephone:  (510) 238-3601
Facsimile:  (510) 238-6500

Eugene B. Elliot, State Bar No. 111475
Christine Lee, State Bar No. 231617
Joshua K. Clendenin, State Bar No. 245564
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:     (415) 353-0999
Facsimile:      (415) 353-0990

Attorneys for Defendants
CITY OF OAKLAND, WAYNE TUCKER
DEBRA TAYLOR JOHNSON and KENNETH PARRIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER YANKE,<br><br>     Plaintiff,<br>vs.<br><br>CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON; KENNETH PARRIS, STEPHEN RAFFLE, M.D., and DOES 1- 10,<br><br>     Defendants. | Case No.: C08-04379 EDL<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE THE DEADLINE TO EXCHANGE INITIAL DISCLOSURES TO APRIL 19, 2010** |

Defendants CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON and KENNETH PARRIS ("CITY DEFENDANTS") and Plaintiff CHRISTOPHER YANKE, in light of the recent California Court of Appeal decision affirming the California Superior Court's decision regarding Plaintiff YANKE's state court action, hereby stipulate, through their respective counsels of record, as follows:

STIPULATION & [PROPOSED] ORDER TO CONTINUE DEADLINE TO EXCHANGE INITIAL DISCLOSURES TO APRIL 19, 2010            C08-04379 EDL                         1

1.   That the deadline to exchange initial disclosures be continued until April 19, 2010.

2.   Good cause exists for the above request. On August 20, 2009 this Court issued an order granting defendant Raffle's motion to dismiss and staying the action as to City defendants based on the pendency of related state court proceedings. The California Court of Appeal heard oral argument on the state court action on October 28, 2009.

3.   On November 30, 2009, the California Court of Appeal issued a written decision affirming the Alameda County Superior Court's decision to deny Plaintiff YANKE's writ petition. A copy of the Court of Appeal's November 30, 2009 decision is attached.

4.   In light of the decision of the California Court of Appeal, the CITY DEFENDANTS intend to bring another motion to dismiss Plaintiff's Third Amended Complaint. It would be efficient to continue the due date for initial disclosures until after the pleadings are settled and to allow potentially dispositive motions to be heard prior to engaging in costly discovery.

5.   In addition, the parties are engaged in discussions about the possibility of participating in mediation at the end of January 2010 that could potentially resolve this litigation. Continuing the deadline to exchange initial disclosures until after the mediation would reduce litigation costs for both parties.

6.   The parties agree to the above timeline. There is no prejudice to the parties or to the Court if an Order is issued continuing the deadline to exchange initial disclosures to April 19, 2010.

7.   The parties stipulate that a copy of a signature transmitted by any electronic means, including but not limited to facsimile machine and scanned document transmitted via email will have the same force and effect as an original signature.

SO STIPULATED.

Dated: January 7, 2010                    LAW OFFICES OF ALDEN KNISBACHER

                                          By:  _____/s_____
                                               Alden Knishbacher
                                               Attorney for Plaintiff Christopher Yanke

///
///

| | |
|---|---|
| Dated: January 7, 2010 | BERTRAND, FOX & ELLIOT |
| | By: /s Eugene B. Elliot<br>Eugene B. Elliot<br>Christine Lee<br>Attorneys for Defendants CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON and KENNETH PARRIS |

### ORDER

Good cause appearing, the deadline to exchange initial disclosures is continued to April 19, 2010.

IT IS SO ORDERED.

Dated: January 7, 2010

_/s/ Elizabeth D. Laporte_
United States District Court Judge