1  John Russo, City Attorney, State Bar No. 129729
2  Vicki A. Laden, Supervising Deputy City Attorney, State Bar No. 130147
   Office of the City Attorney
3  One Frank H. Ogawa Plaza, 6th Floor
   Oakland CA  94612
4  Telephone:  (510) 238-3601
   Facsimile:  (510) 238-6500
5
6  Eugene B. Elliot, State Bar No. 111475
   Christine Lee, State Bar No. 231617
7  Joshua K. Clendenin, State Bar No. 245564
   BERTRAND, FOX & ELLIOT
8  The Waterfront Building
   2749 Hyde Street
9  San Francisco, California 94109
   Telephone:    (415) 353-0999
10 Facsimile:    (415) 353-0990

11 Attorneys for Defendants
   CITY OF OAKLAND, WAYNE TUCKER
12 DEBRA TAYLOR JOHNSON and KENNETH PARRIS

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16

17 CHRISTOPHER YANKE,                    ) Case No.:  C08-04379 EDL
                                         )
18              Plaintiff,               ) **STIPULATION AND [~~PROPOSED~~] ORDER**
        vs.                              ) **TO CONTINUE THE DEADLINE TO**
19                                       ) **EXCHANGE INITIAL DISCLOSURES TO**
   CITY OF OAKLAND, WAYNE TUCKER,        ) **APRIL 19, 2010**
20 DEBRA TAYLOR JOHNSON; KENNETH         )
   PARRIS, STEPHEN RAFFLE, M.D., and DOES)
21 1- 10,                                )
                                         )
22              Defendants.              )
   _____)
23

24      Defendants CITY OF OAKLAND, WAYNE TUCKER, DEBRA TAYLOR JOHNSON and

25 KENNETH PARRIS ("CITY DEFENDANTS") and Plaintiff CHRISTOPHER YANKE, in light of

26 the recent California Court of Appeal decision affirming the California Superior Court's decision

27 regarding Plaintiff YANKE's state court action, hereby stipulate, through their respective counsels of

28 record, as follows:

STIPULATION & [PROPOSED] ORDER TO CONTINUE DEADLINE TO EXCHANGE INITIAL DISCLOSURES TO APRIL 19,
2010            C08-04379 EDL                    1

1.      That the deadline to exchange initial disclosures be continued until April 19, 2010.

2.      Good cause exists for the above request. On August 20, 2009 this Court issued an order granting defendant Raffle's motion to dismiss and staying the action as to City defendants based on the pendency of related state court proceedings.  The California Court of Appeal heard oral argument on the state court action on October 28, 2009.

3.      On November 30, 2009, the California Court of Appeal issued a written decision affirming the Alameda County Superior Court's decision to deny Plaintiff YANKE's writ petition.  A copy of the Court of Appeal's November 30, 2009 decision is attached.

4.      In light of the decision of the California Court of Appeal, the CITY DEFENDANTS intend to bring another motion to dismiss Plaintiff's Third Amended Complaint.  It would be efficient to continue the due date for initial disclosures until after the pleadings are settled and to allow potentially dispositive motions to be heard prior to engaging in costly discovery.

5.      In addition, the parties are engaged in discussions about the possibility of participating in mediation at the end of January 2010 that could potentially resolve this litigation.  Continuing the deadline to exchange initial disclosures until after the mediation would reduce litigation costs for both parties.

6.      The parties agree to the above timeline.  There is no prejudice to the parties or to the Court if an Order is issued continuing the deadline to exchange initial disclosures to April 19, 2010.

7.      The parties stipulate that a copy of a signature transmitted by any electronic means, including but not limited to facsimile machine and scanned document transmitted via email will have the same force and effect as an original signature.

SO STIPULATED.

Dated: January 7, 2010                      LAW  OFFICES  OF  ALDEN  KNISBACHER

By:        _____/s_____
           Alden Knishbacher
           Attorney for Plaintiff Christopher Yanke

///
///

STIPULATION & [PROPOSED] ORDER TO CONTINUE DEADLINE TO EXCHANGE INITIAL DISCLOSURES TO APRIL 19, 2010        C08-04379 EDL                    2

1    Dated:  January 7, 2010                          BERTRAND, FOX & ELLIOT

2

3                                              By:     /s Eugene B. Elliot
                                                       Eugene B. Elliot
4                                                      Christine Lee
                                                       Attorneys for Defendants CITY OF
5                                                      OAKLAND, WAYNE TUCKER,
                                                       DEBRA TAYLOR JOHNSON and
6                                                      KENNETH PARRIS

7

8

9                                    **ORDER**

10

11          Good   cause   appearing,   the   deadline   to   exchange   initial   disclosures   is   continued   to

12    _____April 19_____, 2010.

13

14

15    IT IS SO ORDERED.

16    Dated: _____January 7, 2010_____     _____

17                                                     United States District Court Judge

18

19

20

21

22

23

24

25

26

27

28